# manatt

Kenneth D. Friedman
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 830-7184
E-mail: kfriedman@manatt.com

October 2, 2023

Client-Matter: 57969-063

**BY EMAIL (tkrichma@law.nyc.gov)**

Todd Krichmar
Senior Counsel, Law Department
The City of New York
100 Church Street
New York, New York 10007

      Re:    *CCMS, et al. v. City of New York*, 22-CV-03080 (RPK) (CLP)

Dear Mr. Krichmar:

      Pursuant to the Memorandum and Order dated August 31, 2023 (Dkt. #17) and the Court's bundling rule, I've attached Plaintiffs' motion papers seeking leave to file an amended complaint in this action, including:

- Notice of Motion;

- Declaration of Kenneth D. Friedman, with exhibit (Plaintiffs' proposed amended complaint); and

- Memorandum of Law in Support of Plaintiffs' Motion for Leave to File an Amended Complaint.

      Sincerely,

      MANATT, PHELPS & PHILLIPS, LLP

      *Kenneth D. Friedman*

      By: Kenneth D. Friedman

Attachments

cc:    Hon. Rachel P. Kovner, U.S.D.J. (Letter Only, by ECF)

402438037.1