

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel of the City of New York*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**TODD KRICHMAR**
Senior Counsel
Commercial and Real Estate Litigation Division
Tel. (212) 356-2537
E-mail: tkrichma@law.nyc.gov

November 14, 2023

**By E-mail (kfriedman@manatt.com)**
Kenneth D. Friedman
Manatt, Phelps & Phillips, LLP
7 Times Square
New York,  New York  10036

> **Re:**    *CCMS et al. v. The City of New York*
> **United States District Court, Eastern District of New York**
> **Case No. 22-CV-03080-RPK-RLM**

Dear Mr. Friedman:

Pursuant to the Order dated October 17, 2023, accompanying this letter are the City of New York's Memorandum of Law, Declaration and Exhibit in opposition to the plaintiffs' motion for leave to amend, which you will electronically file with the plaintiffs' papers by December 29, 2023 in accordance with Judge Kovner's Bundling Rule.  Thank you.

Sincerely,

*Todd Krichmar*
Todd Krichmar

Attachments
cc: Hon. Rachel P. Kovner *(Letter Only -- By ECF)*